**Order entered February 19, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01227-CV

### RODOLFO ESPINOSA LUA AND ANEL LUA, Appellants

### V.

### CAPITAL PLUS FINANCIAL, LLC, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-19-02051-C**

## ORDER

The reporter's record in this appeal has not been filed because appellants have not requested it. To ensure the appeal proceeds on the appropriate record, we **ORDER** appellants to file, no later than March 2, 2020, written verification they have requested the reporter's record and paid or made arrangements to pay the reporter's fee. We caution appellants that failure to comply could result in the appeal being submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

/s/    BILL WHITEHILL
       JUSTICE